# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donnie Jermaine Farrar,

        Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:07-cv-85-MU-1

Anthony Hathaway, III,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2007 Order.

**Signed: February 28, 2007**

Frank G. Johns, Clerk
United States District Court